UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TTRANQUILLI, ) | |
| ) | 1:05-CV-1088 OWW LJO |
| Plaintiff, ) | |
| ) | ORDER DISMISSING ACTION |
| vs. ) | |
| AJLOUNY & TANTOCO, LLC. ) | |
| Defendants ) | |

Pursuant to the Notice of Voluntary Dismissal submitted by the plaintiff,

THIS ACTION IS ORDERED DISMISSED WITH PREJUDICE.

Dated: __January 25, 2006___

/s/ OLIVER W. WANGER
_____
OLIVER W. WANGER
United States District Judge